Philip D. Dracht (SBN 219044)
FABIAN VANCOTT, PLC
95 S State St Suite 2300
Salt Lake City, UT 84111
Tele: (801) 531-8900
Email: pdracht@fabianvancott.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ESCOBEDO, Plaintiff,<br><br>v.<br><br>GODFREY TRUCKING, INC.; SCOTT GODFREY; and DOES 1-100, inclusive, Defendants. | Case No.: 5:26-cv-929<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

    Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, Defendants Godfrey Trucking, Inc. and Scott Godfrey, by and through their counsel of record, hereby certify and provide notice of the following interested parties:

    **1.**      **Godfrey Trucking, Inc.** is a Utah corporation. No parent corporation or publicly held company owns 10% or more of its stock. The Godfrey Irrevocable Trust holds 100% of its shares.

    **2.**      **Scott Godfrey** is an individual.

3. Other than the parties named herein, the undersigned counsel is not aware of any other persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities that have a financial interest in the outcome of this litigation.

4. Defendants reserve the right to amend this Notice upon determination of applicable insurance coverage. Defendants will promptly file an amended Notice of Interested Parties if any material change occurs.

The undersigned hereby certifies that the above-listed persons, associations of persons, firms, partnerships, and/or corporations (including parent corporations) represent a complete list of all known interested parties.

DATED: February 26, 2026

FABIAN VANCOTT, PLC

_____
Philip D. Dracht Attorney for Defendants
GODFREY TRUCKING, INC. and SCOTT GODFREY