```
 1  Philip D. Dracht (SBN 219044)
    FABIAN VANCOTT, PLC
 2  95 S State St Suite 2300
    Salt Lake City, UT 84111
 3  Tele:              (801) 531-8900
 4  Email:             pdracht@fabianvancott.com
 5
    Attorneys for Defendants
 6
 7
 8
 9                  UNITED STATES DISTRICT COURT
10                  CENTRAL DISTRICT OF CALIFORNIA
11
```

| JORGE ESCOBEDO, Plaintiff,<br><br>v.<br><br>GODFREY TRUCKING, INC.; SCOTT GODFREY; and DOES 1-100, inclusive, Defendants. | Case No.: 5:26-cv-929<br><br>**Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)**<br><br>Complaint Served January 27, 2026<br>Complaint Amended February 5, 2026<br>Complaint Removed to Federal Court: February 26, 2026<br>Current Response Date: March 5, 2026<br>New Response Date: April 3, 2026 |
|---|---|

　　IT IS HEREBY STIPULATED by and between Plaintiff Jorge Escobedo ("Plaintiff"), through his counsel of record, and Defendants Godfrey Trucking, Inc. and Scott Godfrey (collectively, "Defendants"), through their counsel of record, as follows:

**BACKGROUND**

1. Plaintiff filed the initial complaint in this action in the Superior Court of California, County of San Bernardino, Case No. CIVSB2537205. Plaintiffs amended the complaint to allege that Godfrey Trucking, Inc. was a Utah corporation on February 5, 2026. Defendants removed the action to this Court on February 26, 2026.

2. The parties dispute whether Defendants have been properly served. On January 27, 2026, Plaintiff caused documents to be delivered to a receptionist, Shannon Guerra, at Godfrey Trucking, Inc.'s Salt Lake City, Utah office. Defendants contend that Ms. Guerra is not a person authorized to accept service under California Code of Civil Procedure sections 416.10 or 415.40, and that this delivery does not constitute valid service of process. Defendant Scott Godfrey has not been served.

3. Without waiving any objections to the sufficiency of service of process or any other defense, and solely for purposes of this stipulation, Defendants calculate the responsive pleading deadline as March 5, 2026, based on seven days after the filing of the Notice of Removal on February 26, 2026. See FRCP 81(c)(2).

## STIPULATION

The parties stipulate to the following:

5. **Amended Complaint.** Plaintiff may file and serve an amended complaint no later than fourteen (14) days after March 5, 2026, i.e., by March 19, 2026.

6. **Acceptance of Service.** Counsel for Defendants agrees to accept service of the amended complaint (or, if no amended complaint is filed, the initial complaint) on behalf of both Defendants, Godfrey Trucking, Inc. and Scott Godfrey. This agreement to accept service is without prejudice to any defense, including but not limited to any challenge to personal jurisdiction under FRCP 12(b)(2).

7. **Extended Response Deadline.** Defendants shall have up to and including April 3, 2026, to file a responsive pleading or otherwise respond to the operative complaint (whether the initial complaint or an amended complaint filed pursuant to Paragraph 5). This date is withing thirty (30) days from the stipulated current response date of March 6, 2026.

8. **Reservation of Defenses.** Nothing in this stipulation constitutes a waiver of any defense available to any party, including but not limited to defenses under FRCP 12(b)(1) through 12(b)(7), challenges to subject matter jurisdiction, personal jurisdiction, or the sufficiency of service of process. Defendants' agreement to accept service through counsel or to the response deadline does not concede that prior service was effective.

9. **Cumulative Extension.** This stipulation, together with all prior stipulations (none), does not extend the time for more than a cumulative total of thirty (30) days from the date the response initially would have been due, consistent with L.R. 8-3.

10. **Client Notification.** Counsel for each party certifies that a copy of this stipulation has been delivered to their respective clients. See L.R. 8-3; C.D. Cal. L.R. 7-1.

**SO STIPULATED**

DATED: March 4, 2026               SOUTHERN CALIFORNIA LABOR
                                   LAW GROUP, PC

                                   */s/Taylor M. Prainito*\*
                                   Taylor M. Prainito
                                   Michael Zelman
                                   Attorneys for Plaintiff
                                   JORGE ESCOBEDOMichael Zelman
                                   Attorneys for Plaintiff
                                   JORGE ESCOBEDO

DATED: March 4, 2026

                                   FABIAN VANCOTT, PLC

                                   [signature]\*
                                   Philip D. Dracht Attorney for Defendants
                                   GODFREY TRUCKING, INC. and SCOTT
                                   GODFREY

\*The filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have provided written authorization of the signature and filing