# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ESCOBEDO <br><br> PLAINTIFF(S) <br><br> v. <br><br> GODFREY TRUCKING, INC. , et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:26–cv–00929–JGB–ACCV <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 2/26/2026 | 1 | Notice of Removal |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachments #2–3. The document(s) should have been filed separately using their true events. You are not required to take any action to correct this deficiency unless the Court so directs

Clerk, U.S. District Court

Dated: March 5, 2026        By: /s/ *Megan K Zari  megan_zari@cacd.uscourts.gov*
                                Deputy Clerk