## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| JORGE ESCOBEDO | 5:26−cv−00929−JGB−ACCV |
| Plaintiff(s), | |
| v. | |
| GODFREY TRUCKING, INC., et al. | |
| Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    3/18/2026

Document No.:    8

Title of Document:    Notice of Appearance or Withdrawal of Counsel

**ERROR(S) WITH DOCUMENT:**

Counsel, Sandy M. Sikavi, is not admitted to the Central District

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

By:  /s/ *BonnieMarie Guillory−Curling*
     *BonnieMarie_GuilloryCurling@cacd.uscourts.gov*
Dated:  March 24, 2026          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS