Philip D. Dracht (SBN 219044)
Tanner J. Bean (PHV Pending)
FABIAN VANCOTT
95 State Street, Suite 2300
Salt Lake City, UT 84111
801-531-8900
pdracht@fabianvancott.com
lbean@fabianvancott.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE ESCOBEDO | | **CASE NUMBER** |
| | Plaintiff(s), | 5:26-cv-00929-JGB-ACCV |
| v. | | |
| GODFREY TRUCKING, INC., et al. | | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| | Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Bean, Tanner J.

*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

Fabian VanCott

*Firm/Agency Name*

95 State Street, Suite 2300                    801-531-8900

*Street Address*                    *Telephone Number*            *Fax Number*

Salt Lake City, UT 84111                    tbean@fabianvancott.com

*City, State, Zip Code*                    *E-mail Address*

**I have been retained to represent the following parties:**

| Godfrey Trucking, Inc., Scott Godfrey | ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: _____ |
|---|---|
| | ☐ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| U.S. District Court of the District of Utah | 09/06/2019 | Yes |
| U.S. District Court of the District of Idaho | 10/05/2017 | Yes |
| U.S. Court of Appeals - Fifth Circuit | 04/08/2022 | Yes |
| U.S. Court of Appeals - Ninth Circuit | 02/04/2026 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.

(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3) I am not currently suspended from and have never been disbarred from practice in any court.

(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated March 20, 2026

Tanner J. Bean

Applicant's Name (please type or print)

Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Philip D. Dracht

*Designee's Name (Last Name, First Name & Middle Initial)*

Fabian VanCott

*Firm/Agency Name*

15 W. Carillo Street

*Street Address*

Santa Barbara, CA 93101

*City, State, Zip Code*

801-531-8900

*Telephone Number*          *Fax Number*

pdracht@fabianvancott.com

*Email Address*

219044

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  March 20, 2026

Philip D. Dracht

*Designee's Name (please type or print)*

*Philip D. Dracht*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional Courts Tanner J. Bean is admitted in:

U.S. Court of Appeals - Tenth Circuit , admitted 01/19/2021, active member in good standing

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 3/9/2026

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Tanner J Bean

This is to certify that Tanner J Bean, Utah State Bar No. 17128 was admitted to practice law in Utah on 8/15/2019.

Tanner J Bean is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

Maribeth LeHoux
General Counsel
Utah State Bar

No.2026 -1154840
verify by email at cogsrequest@utahbar.org

# CERTIFICATE
# OF
# GOOD STANDING

## *Tanner James Bean*

This is to certify that Tanner James Bean is an Active Member in good standing of the Idaho State Bar as defined by Idaho Bar Commission Rule (I.B.C.R.) 301(i).

Mr. Bean was admitted to the Idaho State Bar by examination on October 5, 2017 and has been an Active member since admission.

March 13, 2026
Date

Maureen Ryan Braley, Executive Director

I.B.C.R. 301. Definitions.

\* \* \*

(i) **Good Standing.** The standing of a member of the Bar who is in compliance with the licensing requirements of Rule 302 and whose right to practice law is not currently limited under I.B.C.R. Section V [Rules for Review of Professional Conduct] by order of the Supreme Court.

\* \* \*

To request a discipline report, please contact the Bar Counsel's Office at the address below.

IDAHO STATE BAR
P. O. Box 895
Boise, Idaho 83701
(208) 334-4500
Fax: (208) 334-2764