Philip D. Dracht (SBN 219044)
Tanner J. Bean (PHV Pending)
FABIAN VANCOTT
95 State Street, Suite 2300
Salt Lake City, UT 84111
801-531-8900
pdracht@fabianvancott.com
tbean@fabianvancott.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ESCOBEDO,<br><br>                               Plaintiff(s)<br><br>                    v.<br><br>GODFREY TRUCKING, INC.; SCOTT GODFREY;<br>and DOES 1-100<br><br>                               Defendant(s). | CASE NUMBER<br><br>5:26−cv−00929−JGB−ACCV<br><br>**(PROPOSED) ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bean, Tanner J.                                             of

*Applicant's Name (Last Name, First Name & Middle Initial)*

801-531-8900

*Telephone Number*          *Fax Number*

tbean@fabianvancott.com

*E-Mail Address*

FABIAN VANCOTT
95 State Street, Suite 2300
Salt Lake City, UT 84111

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Godfrey Trucking, Inc., Scott Godfrey

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Dracht, Philip D.                                          of

*Designee's Name (Last Name, First Name & Middle Initial)*

219044          8015318900

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

pdracht@fabianvancott.com

*E-Mail Address*

Phil Dracht
15 W. Carillo Street
Santa Barbara, CA 93101

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**