Philip D. Dracht (SBN 219044)
FABIAN VANCOTT
15 W. Carrillo St.
Santa Barbara, CA 93101
Tele: (801) 531-8900
pdracht@fabianvancott.com

Tanner J. Bean (pro hac vice)
FABIAN VANCOTT
95 S. State St Suite 2300
Salt Lake City, UT 84111
Tele: (801) 531-8900
tbean@fabianvancott.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ESCOBEDO, Plaintiff,<br><br>v.<br><br>GODFREY TRUCKING, INC.;<br>SCOTT GODFREY; and DOES<br>1-100, inclusive, Defendants. | Case No.: 5:26-cv-929<br><br>**DEFENDANTS' REQUEST TO APPEAR BY ZOOM AT HEARING ON MOTION TO DISMISS; AND [PROPOSED] ORDER**<br><br>Complaint Served: January 27, 2026<br>Complaint Amended: February 5, 2026<br>Complaint Removed to Federal Court: February 26, 2026<br>Trial Date: None Set<br>**Hearing:**<br>Date:   April 27, 2026<br>Time:   9:00 a.m.<br>Ctrm:   1 (2d Fl.)<br>Judge:  Hon. Jesus G. Bernal |

REQUEST TO APPEAR VIA ZOOM

Under Paragraph 16 of this Court's Standing Order, as well as the Judge's Procedures, Defendants Godfrey Trucking, Inc. and Scott Godfrey respectfully request to appear by Zoom at the hearing on their Motion to Dismiss, set for April 27, 2026, at 9:00 a.m. Defendants' counsel would appear by videoconference; Plaintiff's counsel and Plaintiff may appear however they and the Court prefer. Good cause supports the request.

A Zoom appearance lets defense counsel participate fully while sparing the client travel expense for a hearing that may take thirty minutes or less. If the Court is inclined to take the matter under submission without argument, Zoom makes that decision effectively costless for all concerned.

There is no prejudice. Plaintiff bears no burden from Defendants' remote appearance. If Plaintiff or Plaintiff's counsel prefers to appear in person, they remain free to do so. Defendants' counsel are, of course, prepared to appear in person if the Court prefers.

For these reasons, Defendants respectfully request that the Court grant this request and permit defense counsel to appear by Zoom at the hearing on the Motion to Dismiss.

DATED: April 13, 2026

**FABIAN VANCOTT**

*/s/ Philip D. Dracht*
By: Philip D. Dracht
   Tanner J. Bean
Attorneys for Defendants,
GODFREY TRUCKING, INC. and
SCOTT GODFREY