Philip D. Dracht (SBN 219044)
FABIAN VANCOTT
15 W. Carrillo St.
Santa Barbara, CA 93101
Tele: (801) 531-8900
pdracht@fabianvancott.com

Tanner J. Bean (pro hac vice)
FABIAN VANCOTT
95 S. State St Suite 2300
Salt Lake City, UT 84111
Tele: (801) 531-8900
tbean@fabianvancott.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ESCOBEDO, Plaintiff, <br><br> v. <br><br> GODFREY TRUCKING, INC.; SCOTT GODFREY; and DOES 1-100, inclusive, Defendants. | Case No.: 5:26-cv-929 <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR BY ZOOM AT HEARING ON MOTION TO DISMISS** <br><br> Complaint Served: January 27, 2026 <br> Complaint Amended: February 5, 2026 <br> Complaint Removed to Federal Court: February 26, 2026 <br> Trial Date: None Set <br> **Hearing:** <br> Date:   April 27, 2026 <br> Time:   9:00 a.m. <br> Ctrm:   1 (2d Fl.) <br> Judge:  Hon. Jesus G. Bernal |

ORDER

Having considered Defendants' Request to Appear by Zoom at the Hearing on Motion to Dismiss, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' Request is GRANTED. Counsel for Defendants Godfrey Trucking, Inc. and Scott Godfrey may appear by Zoom videoconference at the hearing on the Motion to Dismiss, currently set for April 27, 2026, at 9:00 a.m. Counsel shall comply with the Court's Guidelines for Zoom Courtroom Proceedings.

IT IS SO ORDERED.

Dated: April ___. 2026

_____
HON. JESUS G. BERNAL
United States District Judge