Taylor M. Prainito (SBN 286965)
tprainito@scllgpc.com
Michael Zelman (SBN 297682)
mzelman@scllgpc.com
Sandy Sikavi (SBN 346964)
ssikavi@scllgpc.com
**SOUTHERN CALIFORNIA LABOR LAW GROUP, P.C.**
15760 Ventura Blvd., Suite 880
Encino, CA 91436
(424) 231-2366 Telephone
(323) 319-5148 Facsimile

Attorney for Plaintiff,
JORGE ESCOBEDO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ESCOBEDO,<br><br>Plaintiff,<br><br>vs.<br><br>GODFREY TRUCKING, INC., (a California Corporation), SCOTT GODFREY (an individual); DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO:** 5:26-cv-929<br><br>**PLAINTIFF JORGE ESCOBEDO'S REQUEST TO APPEAR BY ZOOM AT HEARING ON MOTION TO DISMISS; AND [PROPOSED] ORDER**<br><br>Hearing Date: April 27, 2026<br>Time:　　　　9:00 a.m.<br><br>Action Filed: December 19, 2025<br>Trial Date:　TBD<br><br>Assigned for All Purposes to Honorable Judge Jesus G. Bernal and Magistrate Judge Honorable Angela C. C. Viramontes |

-i-

Under Paragraph 16 of this Court's Standing Order, as well as the Judge's Procedures, Plaintiff Jorge Escobedo respectfully request to appear by Zoom at the hearing of Defendants' Motion to Dismiss, set for April 27, 2026, at 9:00 a.m. Plaintiff's counsel would appear by videoconference; Defendants' counsel and Defendants' may appear however they and the Court prefer. Good cause supports the request.

A Zoom appearance lets Plaintiff's counsel participate fully while sparing the client travel expense for a hearing that may take thirty minutes or less. If the Court is inclined to take the matter under submission without argument, Zoom makes that decision effectively costless for all concerned.

There is no prejudice. Defendants' bears no burden from Plaintiff's remote appearance. If Defendants' or Defendants' counsel prefers to appear in person, they remain free to do so. Plaintiff's counsel are, of course, prepared to appear in person if the Court prefers.

For these reasons, Plaintiff respectfully request that the Court grant this request and permit Plaintiff's counsel to appear by Zoom at the hearing on the Motion to Dismiss.

DATED:    April 21, 2026

**SOUTHERN CALIFORNIA LABOR LAW GROUP, P.C.**

/s/  *Sandy M. Sikavi*

By:    Sandy M. Sikavi, Esq.
       Taylor M. Prainito, Esq.
       Michael Zelman, Esq.
       Attorneys for Plaintiff,
       JORGE ESCOBEDO

## CERTIFICATE OF SERVICE

I certify that on April 21, 2026, I served a true and correct copy of the foregoing **PLAINTIFF JORGE ESCOBEDO'S REQUEST TO APPEAR BY ZOOM AT HEARING ON MOTION TO DISMISS; AND [PROPOSED] ORDER** on the following attorneys as follows:

Philip D. Dracht (SBN 219044)
FABIAN VANCOTT
15 W. Carrillo St.
Santa Barbara, CA 93101
Tele: (801) 531-8900

Tanner J. Bean (pro hac vice pending)
FABIAN VANCOTT
95 S. State St Suite 2300
Salt Lake City, UT 84111
Tele: (801) 531-8900
Email(s):
pdracht@fabianvancott.com
tbean@fabianvancott.com
knielson@fabianvancott.com

by the following indicated method or methods:

__XXX__    BY EMAIL:   I delivered a true and correct copy of the documents(s) to the attorney(s) at the above e-mail address.

Executed this ___21st___ day of April 2026, in the City and County of Los Angeles, State of California.

/s/   _Kimberly Morales_
Kimberly Morales