Taylor M. Prainito (SBN 286965)
tprainito@scllgpc.com
Michael Zelman (SBN 297682)
mzelman@scllgpc.com
Sandy Sikavi (SBN 346964)
ssikavi@scllgpc.com
**SOUTHERN CALIFORNIA LABOR LAW GROUP, P.C.**
15760 Ventura Blvd., Suite 880
Encino, CA 91436
(424) 231-2366 Telephone
(323) 319-5148 Facsimile

Attorney for Plaintiff,
JORGE ESCOBEDO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JORGE ESCOBEDO,<br><br>            Plaintiff,<br><br>  vs.<br><br>GODFREY TRUCKING, INC., (a California Corporation), SCOTT GODFREY (an individual); DOES 1-100, inclusive,<br><br>            Defendants. | **CASE NO:** 5:26-cv-929<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF JORGE ESCOBEDO'S REQUEST TO APPEAR BY ZOOM AT HEARING ON MOTION TO DISMISS**<br><br>Hearing Date:  April 27, 2026<br>Time:                 9:00 a.m.<br><br>Action Filed: December 19, 2025<br>Trial Date:     TBD<br><br>Assigned for All Purposes to Honorable Judge Jesus G. Bernal and Magistrate Judge Honorable Angela C. C. Viramontes |

# [PROPOSED] ORDER

Having considered Plaintiff's Request to Appear by Zoom at the Hearing on Motion to Dismiss, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Request is GRANTED. Counsel for Plaintiff Jorge Escobedo may appear by Zoom videoconference at the hearing on the Motion to Dismiss, currently set for April 27, 2026, at 9:00 a.m. Counsel shall comply with the Court's Guidelines for Zoom Courtroom Proceedings.

IT IS SO ORDERED.

Dated: _____, 2026

_____
HON. JESUS G. BERNAL
United States District Judge