Philip D. Dracht (SBN 219044)
FABIAN VANCOTT
15 W. Carrillo St.
Santa Barbara, CA 93101
Tele: (801) 531-8900
pdracht@fabianvancott.com

Tanner J. Bean (admitted *pro hac vice*)
FABIAN VANCOTT
95 S. State St Suite 2300
Salt Lake City, UT 84111
Tele: (801) 531-8900
tbean@fabianvancott.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ESCOBEDO, Plaintiff, <br><br> v. <br><br> GODFREY TRUCKING, INC.; and DOES 1-100, inclusive, Defendants. | Case No.: 5:26-cv-00929-JGB-ACCV <br><br> **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> Complaint Served: January 27, 2026 <br> Complaint Amended: February 5, 2026 <br> Complaint Removed to Federal Court: February 26, 2026 <br> Trial Date: None Set <br> Hearing Date: June 29, 2026 at 9:00 a.m. |

Defendant Godfrey Trucking, Inc. respectfully requests that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following documents in support of its concurrently filed Motion to Dismiss the First Amended Complaint:

**Exhibit A**: The Complaint of Employment Discrimination filed by Plaintiff Jorge Escobedo with the California Civil Rights Department, CRD Matter No. 202501-27706913, dated January 13, 2025, together with the Civil Rights Department's Notice of Case Closure and Right to Sue dated January 13, 2025 (the "original CRD charge").

**Exhibit B**: The Amended Complaint of Employment Discrimination filed by Plaintiff with the California Civil Rights Department, CRD Matter No. 202501-27706913, dated February 4, 2026, together with the Civil Rights Department's February 4, 2026 transmittal letter (the "amended CRD charge").

A court may take judicial notice of a fact that is "not subject to reasonable dispute" because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

Records and filings of administrative agencies are proper subjects of judicial notice. Courts in this Circuit routinely take judicial notice of administrative charges and right-to-sue notices filed with the California Civil Rights Department (formerly the Department of Fair Employment and Housing) when resolving whether a FEHA plaintiff has exhausted his administrative remedies. *See Lacayo v. Donahoe*, No. 14-cv-04077-JSC, 2015 WL 993448, at *9 (N.D. Cal. Mar. 4, 2015) (taking judicial notice of administrative charge and right-to-sue letter as matters of public record). The Court is asked to notice the existence and contents of these filings, including the respondents named in them, not the truth of any matter Plaintiff asserted in them. *Id.* at *10; *see also Medix Ambulance Serv., Inc. v. Superior Court*, 97 Cal. App. 4th 109, 113 (2002) (administrative complaint properly before the court on judicial notice in resolving FEHA exhaustion).

Exhibits A and B are also incorporated by reference into the First Amended Complaint, which alleges that Plaintiff "exhausted his administrative remedies by filing a timely administrative complaint with the Civil Rights Department . . . and

receiving a CRD right-to-sue letter." (FAC ¶ 25.) Their authenticity is not subject to reasonable dispute.

For these reasons, Defendant respectfully requests that the Court take judicial notice of Exhibits A and B.

May 29, 2026            **FABIAN VANCOTT**

*/s/ Philip D. Dracht*
Philip D. Dracht
Tanner J. Bean
Attorney for Defendant

GODFREY TRUCKING, INC.

REQUEST FOR JUDICIAL NOTICE

# EXHIBIT A



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

## Civil Rights Department

651 Bannon Street, Suite 200 | Sacramento | CA | 95811
1-800-884-1684 (voice) | 1-800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

January 13, 2025

Michael Zelman
1875 Century Park East, Suite 480
Los Angeles, CA 90067

RE: **Notice to Complainant's Attorney**
CRD Matter Number: 202501-27706913
Right to Sue: Escobedo / Godfrey Trucking, Inc. et al.

Dear Michael Zelman:

Attached is a copy of your complaint of discrimination filed with the Civil Rights Department (CRD) pursuant to the California Fair Employment and Housing Act, Government Code section 12900 et seq. Also attached is a copy of your Notice of Case Closure and Right to Sue.

**Pursuant to Government Code section 12962, CRD will not serve these documents on the employer.** You must serve the complaint separately, to all named respondents. Please refer to the attached Notice of Case Closure and Right to Sue for information regarding filing a private lawsuit in the State of California. A courtesy "Notice of Filing of Discrimination Complaint" is attached for your convenience.

Be advised that the CRD does not review or edit the complaint form to ensure that it meets procedural or statutory requirements.

Sincerely,

Civil Rights Department

CRD - ENF 80 RS (Revised 2024/05)



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                                    GAVIN NEWSOM, GOVERNOR

## Civil Rights Department

651 Bannon Street, Suite 200 | Sacramento | CA | 95811
1-800-884-1684 (voice) | 1-800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

KEVIN KISH, DIRECTOR

January 13, 2025

RE:     **Notice of Filing of Discrimination Complaint**
        CRD Matter Number: 202501-27706913
        Right to Sue: Escobedo / Godfrey Trucking, Inc. et al.

To All Respondent(s):

Enclosed is a copy of a complaint of discrimination that has been filed with the Civil Rights Department (CRD) in accordance with Government Code section 12960. This constitutes service of the complaint pursuant to Government Code section 12962. The complainant has requested an authorization to file a lawsuit. A copy of the Notice of Case Closure and Right to Sue is enclosed for your records.

Please refer to the attached complaint for a list of all respondent(s) and their contact information.

No response to CRD is requested or required.

Sincerely,

Civil Rights Department

CRD - ENF 80 RS (Revised 2024/05)



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

**Civil Rights Department**
651 Bannon Street, Suite 200 | Sacramento | CA | 95811
1-800-884-1684 (voice) | 1-800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

January 13, 2025

Jorge Escobedo
1875 Century Park East, Suite 480
Los Angeles, CA 90067

RE:    **Notice of Case Closure and Right to Sue**
CRD Matter Number: 202501-27706913
Right to Sue: Escobedo / Godfrey Trucking, Inc. et al.

Dear Jorge Escobedo:

This letter informs you that the above-referenced complaint filed with the Civil Rights Department (CRD) has been closed effective January 13, 2025 because an immediate Right to Sue notice was requested.

This letter is also your Right to Sue notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

After receiving a Right-to-Sue notice from CRD, you may have the right to file your complaint with a local government agency that enforces employment anti-discrimination laws if one exists in your area that is authorized to accept your complaint. If you decide to file with a local agency, you must file before the deadline for filing a lawsuit that is on your Right-to-Sue notice. Filing your complaint with a local agency does not prevent you from also filing a lawsuit in court.

To obtain a federal Right to Sue notice, you must contact the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this CRD Notice of Case Closure or within 300 days of the alleged discriminatory act, whichever is earlier.

Sincerely,


Civil Rights Department

CRD - ENF 80 RS (Revised 2024/05)

**COMPLAINT OF EMPLOYMENT DISCRIMINATION
BEFORE THE STATE OF CALIFORNIA**
**Civil Rights Department**
**Under the California Fair Employment and Housing Act
(Gov. Code, § 12900 et seq.)**

**In the Matter of the Complaint of**

Jorge Escobedo                                                                 CRD No. 202501-27706913

                                                     Complainant,

vs.

Godfrey Trucking, Inc.
1322 W 6TH ST
ONTARIO, CA 91762

Scott Godfrey

,

                                                     Respondents

_____

**1.** Respondent **Godfrey Trucking, Inc.** is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

**2.**Complainant is naming **Scott Godfrey** individual as Co-Respondent(s).

**3**. Complainant **Jorge Escobedo**, resides in the City of **Los Angeles,** State of **CA.**

**4**. Complainant alleges that on or about **December 23, 2022**, respondent took the following adverse actions:

**Complainant was harassed** because of complainant's age (40 and over), other, disability (physical, intellectual/developmental, mental health/psychiatric).

**Complainant was discriminated against** because of complainant's age (40 and over), other, disability (physical, intellectual/developmental, mental health/psychiatric) and as a result of the discrimination was terminated, reprimanded, denied any employment benefit or privilege, other, denied work opportunities or assignments, denied accommodation for a disability.

**Complainant experienced retaliation** because complainant reported or resisted any form of discrimination or harassment, requested or used a disability-related accommodation and

-1-
*Complaint – CRD No. 202501-27706913*

Date Filed: January 13, 2025

CRD-ENF 80 RS (Revised 2024/05)

as a result was terminated, reprimanded, denied any employment benefit or privilege, other, denied work opportunities or assignments, denied accommodation for a disability.

**Additional Complaint Details:** Jorge Escobedo was wrongfully terminated on or about December 22, 2023,  from his employer(s) Godfrey Trucking, Inc., and Scott Godfrey (hereinafter collectively "Defendants") after his loyal service to the organization. Mr. Escobedo was discriminated and harassed by Defendants based upon his medical condition/disability. Mr. Sis protested Defendants mistreatment and was further retaliated against for his good faith complaints. Defendants failed to engage in the interactive process with Mr. Escobedo. Mr. Escobedo's termination was due to (1) Discrimination Based Upon Medical Condition/Disability; (2) Harassment Based Upon Medical Condition/Disability; (3) Failure to Provide Reasonable Accommodations, (4) Failure to Engage in the Interactive Process; (5) Failure to Prevent Discrimination, Harassment, and Retaliation; (6) Retaliation under FEHA, (7) Wrongful Termination in Violation of Public Policy, and (8) Intentional Infliction of Emotional Distress.

-2-

*Complaint – CRD No. 202501-27706913*

Date Filed: January 13, 2025

CRD-ENF 80 RS (Revised 2024/05)

VERIFICATION

I, **Michael Zelman**, am the **Attorney** in the above-entitled complaint.  I have read the foregoing complaint and know the contents thereof. The matters alleged are based on information and belief, which I believe to be true. The matters alleged are based on information and belief, which I believe to be true.

On January 13, 2025, I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Los Angeles, CA**

-3-
*Complaint – CRD No. 202501-27706913*

Date Filed: January 13, 2025

CRD-ENF 80 RS (Revised 2024/05)

# EXHIBIT B



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                    GAVIN NEWSOM, GOVERNOR

## Civil Rights Department

KEVIN KISH, DIRECTOR

651 Bannon Street, Suite 200 | Sacramento | CA | 95811
1-800-884-1684 (voice) | 1-800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

February 4, 2026

Michael Zelman
15760 Ventura Blvd., Suite 880
Encino, CA 91436

RE:     **Notice to Complainant's Attorney**
        CRD Matter Number: 202501-27706913
        Right to Sue: Escobedo / Godfrey Trucking, Inc. et al.

Dear Michael Zelman:

Attached is a copy of your **amended** complaint of discrimination filed with the Civil Rights Department (CRD) pursuant to the California Fair Employment and Housing Act, Government Code section 12900 et seq.

Pursuant to Government Code section 12962, CRD will not serve these documents on the employer.  You or your client must serve the complaint.

The amended complaint is deemed to have the same filing date of the original complaint.  This is not a new Right to Sue letter.  The original Notice of Case Closure and Right to Sue issued in this case remains the only such notice provided by the CRD. (Cal. Code Regs., tit. 2, § 10022.)

Be advised that the CRD does not review or edit the complaint form to ensure that it meets procedural or statutory requirements.

Sincerely,

Civil Rights Department

CRD - ENF 80 RS (Revised 2025/11)

**COMPLAINT OF EMPLOYMENT DISCRIMINATION
BEFORE THE STATE OF CALIFORNIA**
**Civil Rights Department**
**Under the California Fair Employment and Housing Act**
**(Gov. Code, § 12900 et seq.)**

**In the Matter of the Complaint of**

Jorge Escobedo                                        CRD No. 202501-27706913
                              Complainant,

vs.


Godfrey Trucking, Inc.
6419 West 2100 South
West Valley, UT 84120


Scott Godfrey
,


                              Respondents

_____


**1.** Respondent **Godfrey Trucking, Inc.** is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

**2.**Complainant is naming **Scott Godfrey** individual as Co-Respondent(s).

**3**. Complainant **Jorge Escobedo**, resides in the City of **Los Angeles,** State of **CA.**

**4**. Complainant alleges that on or about **December 23, 2022**, respondent took the following adverse actions:

**Complainant was harassed** because of complainant's age (40 and over), other, disability (physical, intellectual/developmental, mental health/psychiatric).

**Complainant was discriminated against** because of complainant's age (40 and over), other, disability (physical, intellectual/developmental, mental health/psychiatric) and as a result of the discrimination was terminated, reprimanded, denied any employment benefit or privilege, other, denied work opportunities or assignments, denied accommodation for a disability.

**Complainant experienced retaliation** because complainant reported or resisted any form of discrimination or harassment, requested or used a disability-related accommodation and

-1-
*Complaint – CRD No. 202501-27706913*

Date Filed: January 13, 2025
Date Amended: February 4, 2026

CRD-ENF 80 RS (Revised 2025/11)

as a result was terminated, reprimanded, denied any employment benefit or privilege, other, denied work opportunities or assignments, denied accommodation for a disability.

**Additional Complaint Details:** Jorge Escobedo was wrongfully terminated on or about December 22, 2023,  from his employer(s) Godfrey Trucking, Inc., and Scott Godfrey (hereinafter collectively "Defendants") after his loyal service to the organization. Mr. Escobedo was discriminated and harassed by Defendants based upon his medical condition/disability. Mr. Sis protested Defendants mistreatment and was further retaliated against for his good faith complaints. Defendants failed to engage in the interactive process with Mr. Escobedo. Mr. Escobedo's termination was due to (1) Discrimination Based Upon Medical Condition/Disability; (2) Harassment Based Upon Medical Condition/Disability; (3) Failure to Provide Reasonable Accommodations, (4) Failure to Engage in the Interactive Process; (5) Failure to Prevent Discrimination, Harassment, and Retaliation; (6) Retaliation under FEHA, (7) Wrongful Termination in Violation of Public Policy, and (8) Intentional Infliction of Emotional Distress.

-2-

*Complaint – CRD No. 202501-27706913*

Date Filed: January 13, 2025
Date Amended: February 4, 2026

CRD-ENF 80 RS (Revised 2025/11)

VERIFICATION

I, **Michael Zelman**, am the **Attorney** in the above-entitled complaint.  I have read the foregoing complaint and know the contents thereof. The matters alleged are based on information and belief, which I believe to be true. The matters alleged are based on information and belief, which I believe to be true.

On February 4, 2026, I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Encino, CA**

-3-
*Complaint – CRD No. 202501-27706913*

Date Filed: January 13, 2025
Date Amended: February 4, 2026

CRD-ENF 80 RS (Revised 2025/11)