Taylor M. Prainito (SBN 286965)
tprainito@scllgpc.com
Michael Zelman (SBN 297682)
mzelman@scllgpc.com
Sandy Sikavi (SBN 346964)
ssikavi@scllgpc.com
**SOUTHERN CALIFORNIA LABOR LAW GROUP, P.C.**
15760 Ventura Blvd., Suite 880
Encino, CA 91436
(424) 231-2366 Telephone
(323) 319-5148 Facsimile

Attorney for Plaintiff,
JORGE ESCOBEDO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br> vs.<br><br>GODFREY TRUCKING, INC., (a California Corporation), SCOTT GODFREY (an individual); DOES 1-100, inclusive,<br><br>　　　　Defendants. | **CASE NO:** 5:26-cv-929<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF JORGE ESCOBEDO'S REQUEST TO APPEAR BY ZOOM AT HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:　　　　June 29, 2026<br>Time:　　　　9:00 a.m.<br>Courtroom.　　1<br><br>Complaint Served: January 27, 2026<br>Complaint Amended: February 5, 2026<br>Complaint Removed to Federal Court: February 26, 2026<br>Trial Date: None Set<br><br>　　Assigned for All Purposes to Honorable Jesus G. Bernal |

## [PROPOSED] ORDER

Having considered Plaintiff's Request to Appear by Zoom at the Hearing on Motion to Dismiss First Amended Complaint, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Request is GRANTED. Counsel for Plaintiff Jorge Escobedo may appear by Zoom videoconference at the hearing on the Motion to Dismiss First Amended Complaint, currently set for June 29, 2026, at 9:00 a.m. Counsel shall comply with the Court's Guidelines for Zoom Courtroom Proceedings.

IT IS SO ORDERED.

Dated: _____, 2026


_____
HON. JESUS G. BERNAL
United States District Judge

[PROPOSED] ORDER