Philip D. Dracht (SBN 219044)
pdracht@fabianvancott.com
FABIAN VANCOTT
15 W. Carrillo St.
Santa Barbara, CA 93101
Tele: (801) 531-8900

Tanner J. Bean (*pro hac vice*)
tbean@fabianvancott.com
FABIAN VANCOTT
95 S. State St Suite 2300
Salt Lake City, UT 84111
Tele: (801) 531-8900

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ESCOBEDO, Plaintiff,<br><br>v.<br><br>GODFREY TRUCKING, INC., a Utah corporation; and DOES 1-100, inclusive, Defendants. | Case No.: 5:26-cv-00929-JGB-ACCV<br><br>**DEFENDANT GODFREY TRUCKING, INC.'S REQUEST TO APPEAR REMOTELY AT SCHEDULING CONFERENCE**<br><br>Hearing:<br>Date: October 26, 2026<br>Time: 11:00 a.m.<br>Ctrm: 1 (2d Fl.)<br>Judge: Hon. Jesus G. Bernal |

Defendant Godfrey Trucking, Inc. ("Godfrey Trucking") respectfully requests that the Court permit its counsel to appear remotely by videoconference at the Scheduling Conference set for October 26, 2026, at 11:00 a.m., in Courtroom 1. Paragraph 16 of the Court's Standing Order (ECF 7) permits counsel to appear

remotely upon a showing of good cause, provided that counsel file a request and proposed order one week before the scheduling conference. This request is timely, and good cause exists.

Counsel for Godfrey Trucking are located in Santa Barbara, California, and Salt Lake City, Utah. An in-person appearance would require counsel to travel to Riverside for a conference that is likely to be brief given the parties' substantial agreement upon the scheduling order, at considerable time and expense to Godfrey Trucking. A remote appearance avoids that burden while allowing counsel to participate fully.

A remote appearance will not detract from the conference. Lead trial counsel for Godfrey Trucking will attend by videoconference, consistent with Paragraph 7 of the Standing Order and Paragraph 2(a) of the Order Setting Scheduling Conference (ECF 30) and will be prepared to discuss the substantive issues in the case and authorized to address scheduling with the Court and opposing counsel.

For these reasons, Godfrey Trucking respectfully requests that the Court permit its counsel to appear by videoconference (or, if the Court prefers, by telephone) at the October 26, 2026 Scheduling Conference. A proposed order is filed concurrently with this request.

DATED: October 5, 2026

/s/ *Phillip D. Dracht*
Philip D. Dracht
Tanner J. Bean
**FABIAN VANCOTT**
*Attorneys for Defendant Godfrey Trucking, Inc.*