Taylor M. Prainito (SBN 286965)
tprainito@scllgpc.com
Michael Zelman (SBN 297682)
mzelman@scllgpc.com
Iris Salem (SBN 302132)
isalem@scllgpc.com
**SOUTHERN CALIFORNIA LABOR LAW GROUP, P.C.**
15760 Ventura Blvd., Suite 880
Encino, CA 91436
(424) 231-2366 Telephone
(323) 319-5148 Facsimile

Attorney for Plaintiff,
JORGE ESCOBEDO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JORGE ESCOBEDO,

Plaintiff,

vs.

GODFREY TRUCKING, INC., (a California Corporation), SCOTT GODFREY (an individual); DOES 1-100, inclusive,

Defendants.

**CASE NO:** 5:26-cv-929

**PLAINTIFF JORGE ESCOBEDO'S REQUEST TO APPEAR BY ZOOM AT SCHEDULING CONFERENCE; DECLARATION OF IRIS SALEM**

[Filed concurrently with [Proposed] Order]

Hearing Date: October 26, 2026
Time: 11:00 a.m.

Action Filed: December 19, 2025
Trial Date: TBD

Assigned for All Purposes to Honorable Judge Jesus G. Bernal

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Under Paragraph 16 of the Court's Standing Order and the Court's Procedures, Plaintiff Jorge Escobedo respectfully asks the Court to allow his counsel to appear remotely by videoconference, or by telephone if the Court prefers, at the Scheduling Conference set for October 26, 2026, at 11:00 a.m.

Good cause supports the request. Taylor M. Prainito, the partner responsible for this matter, has a previously scheduled medical appointment at that time, and Ms. Iris Salem will cover the conference. Ms. Salem works about 70 miles from the courthouse (one-way). An in-person appearance would mean traveling the day before and staying overnight, and it would conflict with her other professional commitments. A remote appearance would not prejudice Defendant, whose counsel remains free to appear in person. If the Court requires an in-person appearance, Plaintiff's counsel will arrange to appear in person.

This request is based on the attached Declaration of Iris Salem. A proposed order is lodged with this filing.

DATED: October 13, 2026

**SOUTHERN CALIFORNIA LABOR LAW GROUP, P.C.**

/s/ *Iris Salem, Esq.*

By: Iris Salem, Esq.
Taylor M. Prainito, Esq.
Michael Zelman, Esq.
Attorneys for Plaintiff,
JORGE ESCOBEDO

# DECLARATION OF IRIS SALEM

I, Iris Salem, declare as follows:

1. I am an attorney licensed to practice law in the State of California and an associate with Southern California Labor Law Group, P.C., counsel of record for Plaintiff Jorge Escobedo in this action. I have personal knowledge of the facts in this declaration and, if called as a witness, could and would testify competently to them.

2. I submit this declaration in support of Plaintiff's request that I be allowed to appear remotely at the Scheduling Conference.

3. The Scheduling Conference in this matter is set for October 26, 2026, at 11:00 a.m., before the Honorable Jesus G. Bernal at 3470 Twelfth Street, Riverside, California.

4. Taylor M. Prainito, the partner responsible for this matter, has a previously scheduled medical appointment at the time of the Scheduling Conference and cannot attend.

5. Sandy Sikavi, the attorney who previously handled day-to-day work on this matter, is no longer with the firm.

6. I will appear at the Scheduling Conference on behalf of Plaintiff.

7. I work from Brentwood, Los Angeles, California. The Court is approximately 70 miles from my location, or about 140 miles round trip. Depending on traffic between the Westside and Riverside, the drive can take two hours or more each way.

8. Because that traffic is unpredictable, I would need to travel to Riverside on October 25, 2026, and stay overnight in a hotel to be sure of appearing on time at 11:00 a.m.

9. I have other professional commitments scheduled on October 26, 2026. The overnight travel and roughly four or more hours of round-trip driving required for an in-person appearance would conflict with those commitments.

10. A remote appearance would let me take full part in the Scheduling Conference without the overnight travel and expense, and still meet my other professional obligations.

11. I am not aware of any prejudice to Defendant from my appearing remotely. Defendant's counsel remains free to appear in person.

12. I respectfully request permission to appear at the Scheduling Conference by videoconference, or by telephone if the Court prefers.

13. If the Court requires an in-person appearance, I will arrange to appear in person.

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct. Executed on October 13, 2026, at Los Angeles, California.

DATED: October 13, 2026

**SOUTHERN CALIFORNIA LABOR LAW GROUP, P.C.**

/s/ *Iris Salem, Esq.*

By: Iris Salem, Esq.
Taylor M. Prainito, Esq.
Michael Zelman, Esq.
Attorneys for Plaintiff,
JORGE ESCOBEDO

**CERTIFICATE OF SERVICE**

I certify that on October 13, 2026, I served a true and correct copy of the foregoing **PLAINTIFF JORGE ESCOBEDO'S REQUEST TO APPEAR BY ZOOM AT SCHEDULING CONFERENCE; DECLARATION OF IRIS SALEM; AND [PROPOSED] ORDER** on the following attorneys as follows:

Philip D. Dracht (SBN 219044)
FABIAN VANCOTT
15 W. Carrillo St.
Santa Barbara, CA 93101
Tele: (801) 531-8900

Tanner J. Bean (pro hac vice)
FABIAN VANCOTT
95 S. State St Suite 2300
Salt Lake City, UT 84111
Tele: (801) 531-8900
Email(s):
pdracht@fabianvancott.com
tbean@fabianvancott.com
knielson@fabianvancott.com

by the following indicated method or methods:

_XXX_ BY EMAIL: I delivered a true and correct copy of the documents(s) to the attorney(s) at the above e-mail address.

Executed this 13th day of October 2026, in the City and County of Los Angeles, State of California.

/s/ *Stacey Killinger*
Stacey Killinger